UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MYRON A. MANIER,<br><br>          Plaintiff,<br><br>   v.<br><br>CITY OF SPOKANE POLICE DEPARTMENT, SPOKANE COUNTY SHERIFF'S DEPARTMENT, DETECTIVE HOLY and DENNIS DRESSLER,<br><br>          Defendants. | NO. CV-04-0290-CI<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RELIEF FROM JUDGMENT** |

On August 10, 2005, Plaintiff Myron Manier filed a Motion to Relief from Judgment, (Ct. Rec. 13), asking the Court to issue a subpoena allowing Plaintiff to receive evidence needed for court proceedings from his ex-wife. Previously, Judge Shea adopted the Magistrate's Report and Recommendation and Dismissed the Complaint Without Prejudice, (Ct. Rec. 11), finding the Plaintiff's Amended Complaint asserting a 42 U.S.C. § 1983 cause of action was barred by *Heck v. Humphrey*, 512 U.S. 477, 487 (1994), as Plaintiff had failed to demonstrate that his conviction and sentence were invalidated. The Court does not find that evidence in the possession of Plaintiff's ex-wife will assist the Plaintiff in establishing that his conviction was invalidated. Accordingly, **IT IS**

ORDER ~ 1

1  **HEREBY ORDERED:** Plaintiff's Motion to Relief from Judgment, **(Ct. Rec.**
2  **13),** is **GRANTED.**   This case is to remain **CLOSED.**
3     **IT IS SO ORDERED.**   The District Court Executive is directed to
4     (A)   Enter this Order; and
5     (B)   Provide a copy to Plaintiff.
6     **DATED** this ___19th___ day of August, 2005.

8                    S/ Edward F. Shea
                     EDWARD F. SHEA
9              United States District Judge

Q:\Civil\2004\0290.deny.motion.relief.wpd

ORDER ~ 2